**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Eugene Henry Jr.** | Social Security number or ITIN  **xxx–xx–5358** |
| | First Name   Middle Name   Last Name | EIN  **62–1711455** |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Western District of Tennessee** | Date case filed for chapter  **7   9/28/17** |
| Case number: | **17–28557   dsk** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

☐ This notice is issued to reset a previously scheduled meeting/hearing and/or reflects corrected information – See Item 14.

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William Eugene Henry Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1990 Jane Drive<br>Memphis, TN 38127 | |
| 4. | **Debtor's attorney**<br>Name and address | Jimmy E. McElroy<br>3780 S. Mendenhall<br>Memphis, TN 38115 | Contact phone (901) 363–7283<br>Email: jimmy_3780@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Edward L. Montedonico<br>200 Jefferson, Suite 201<br>Memphis, TN 38103 | Contact phone (901) 521–9390 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                           page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Jefferson Avenue, Suite 413<br>Memphis, TN 38103 | Contact phone (901) 328–3500<br><br>Date: 9/29/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 1, 2017 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**200 Jefferson Ave, Room 175, Memphis, TN 38103** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does NOT arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/2/18** |
| | **DEADLINE for Debtor to File Certification of Completion of Instructional Course Concerning Financial Management: 1/2/18** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Notice Of Abandonment** | This will serve notice that at the scheduled meeting on the reverse side, the Trustee may announce which properties the trustee plans to abandon. An objection to the Trustee's action may be filed within 14 days after the meeting of creditors. | |

**14. Other**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **3**

United States Bankruptcy Court
Western District of Tennessee

In re:
William Eugene Henry, Jr.
    Debtor

Case No. 17-28557-dsk
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0651-2     User: kiesha     Page 1 of 1     Date Rcvd: Sep 29, 2017
                      Form ID: 309A     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.

```
db            +William Eugene Henry, Jr.,    1990 Jane Drive,    Memphis, TN 38127-5634
32633980       Bill Henry,    Rt. 2 Box E10,    Hughes, AR 72348
32633982      #+Consolidated Recovery System,    2650 Thousand Oaks Boulevard,    Suite 4200,
               Memphis, TN 38118-2451
32633984      +Genesis Capital Ventures, LLC,    555 N. Mill St.,    Aspen, CO 81611-1506
32633985       Laura Hazard/ Renshaw Properties,    158 Oakland Rd.,    Belgrade, ME 04917
32633986       Memphis Light Gas & Water,    P.O. Box 430,    Memphis, TN 38101-0430
32633989      +Navinet,    P.O. Box 9500,    Wilkes Barre, PA 18773-9500
32633990      +Ogden Pool/Daniel Lloyd,    8304 Walnut Grove, Suite 200,    Cordova, TN 38018-6869
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: jimmy_3780@hotmail.com Sep 29 2017 22:32:51     Jimmy E. McElroy,
               3780 S. Mendenhall,    Memphis, TN 38115
tr            +EDI: QELMONTEDONICO.COM Sep 29 2017 22:13:00      Edward L. Montedonico,
               200 Jefferson, Suite 201,    Memphis, TN 38103-2381
ust           +E-mail/Text: ustpregion08.me.ecf@usdoj.gov Sep 29 2017 22:34:03      U.S. Trustee,
               Office of the U.S. Trustee,    One Memphis Place,    200 Jefferson Avenue, Suite 400,
               Memphis, TN 38103-2383
32633979      +EDI: AAEO.COM Sep 29 2017 22:13:00      Aaron's,    3033 Goodman Rd., # B,
               Horn Lake, MS 38637-1105
32633981      +E-mail/Text: melonie@reducear.com Sep 29 2017 22:34:55      CB Services,    P.O. Box 4127,
               Fort Walton Beach, FL 32549-4127
32633983      +EDI: AMINFOFP.COM Sep 29 2017 22:13:00      First Premier Bank,    3820 n. Louise Ave.,
               Sioux Falls, SD 57107-0145
32633988      +EDI: MERRICKBANK.COM Sep 29 2017 22:13:00      Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
32633991       E-mail/Text: bankruptcy@pro-credit.com Sep 29 2017 22:33:54
               Professional Credit of Jonesboro,    500 Washington,    Jonesboro, AR 72401
32633992      +EDI: DRIV.COM Sep 29 2017 22:13:00      Santander,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
32633993       Fax: 912-629-1539 Sep 29 2017 22:57:29     Title Max,    4671 Riverdale Rd.,    Memphis, TN 38141
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
32633987*      Memphis Light Gas & Water,    P.O. Box 430,    Memphis, TN 38101-0430
32633994*    ++TMX FINANCE LLC FORMERLY TITLEMAX,    15 BULL STREET,    SUITE 200,    SAVANNAH GA 31401-2686
              (address filed with court:   Title Max,    4671 Riverdale Rd.,    Memphis, TN 38141
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:

```
              Edward L. Montedonico    elmlaw@bellsouth.net, emontedonico@ecf.epiqsystems.com
              Jimmy E. McElroy    on behalf of Debtor William Eugene Henry, Jr. jimmy_3780@hotmail.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                       TOTAL: 3
```