UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE:

| | |
|---|---|
| WILLIAM EUGENE HENRY JR., | CHAPTER 7 |
| | CASE NO. 17-28557-K |
| DEBTOR. | SS# XXX-XX-5358 |

MOTION TO WITHDRAW AS COUNSEL

EXPEDITED HEARING REQUESTED

Comes now Jimmy E. McElroy, counsel for the Debtor, and hereby moves this Honorable Court to enter an order allowing Jimmy E. McElroy to withdraw as counsel for William Eugene Henry, Jr., Debtor. Debtor would show unto the court that Mr. Henry and Mr. McElroy can not agree on how to proceed in this case.

WHEREFORE, PREMISES CONSIDERED, the Debtor's attorney prays that the Court set this Motion for an expedited hearing, and that the Court enter an order allowing Jimmy E. McElroy to withdraw as counsel.

Respectfully submitted,

/s/ Jimmy E McElroy
Attorney for Debtor(s)
3780 S. Mendenhall
Memphis, TN  38115
(901) 363-7283

Certificate of Service
The undersigned certifies that the above motion was mailed VIA United State Postal Service to all parties listed below on November 29, 2017.

/s/Jimmy E McElroy

Debtor(s)
Debtors' Attorney
Case Trustee
All Entities on Matrix