# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re | Case No.   17−28557   dsk |
| | Chapter   7 |
| | Adversary No. |
| William Eugene Henry Jr. | |
| Debtor(s). | |

### NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
### RE FORM, MANNER AND SERVING OF NOTICE
### (APPLICABLE TO CHAPTER 7, 11, AND 12)

*15* − Expedited Motion to Withdraw as Attorney Filed by Jimmy E. McElroy on behalf of William Eugene Henry Jr. (McElroy, Jimmy)

on November 29, 2017.

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **December 19, 2017 at 09:30 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 945, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by December 12, 2017   and served as required pursuant to L.B.R. 9013−1.**

   At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
     All Parties on Servicing List

   **Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013−1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

>                                     Kathleen A Ford
>                                     CLERK OF COURT
>
>                                     BY:  Tonya Lepone
>                                     _____
>                                       Deputy Clerk
>                                     DATE:  November 30, 2017
>                                     [combrelcco30]Order/Notice combined Rel 11−03

United States Bankruptcy Court
Western District of Tennessee

```
In re:                                                          Case No. 17-28557-dsk
William Eugene Henry, Jr.                                       Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0651-2          User: tonya              Page 1 of 1          Date Rcvd: Nov 30, 2017
                              Form ID: combrel         Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
```
db             +William Eugene Henry, Jr.,   1990 Jane Drive,   Memphis, TN 38127-5634
32633979       +Aaron's,   3033 Goodman Rd., # B,   Horn Lake, MS 38637-1105
32633980        Bill Henry,   Rt. 2 Box E10,   Hughes, AR 72348
32633982      #+Consolidated Recovery System,   2650 Thousand Oaks Boulevard,   Suite 4200,
                 Memphis, TN 38118-2451
32633983       +First Premier Bank,   3820 n. Louise Ave.,   Sioux Falls, SD 57107-0145
32633984       +Genesis Capital Ventures, LLC,   555 N. Mill St.,   Aspen, CO 81611-1506
32633985        Laura Hazard/ Renshaw Properties,   158 Oakland Rd.,   Belgrade, ME 04917
32633986        Memphis Light Gas & Water,   P.O. Box 430,   Memphis, TN 38101-0430
32633989       +Navinet,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
32633990       +Ogden Pool/Daniel Lloyd,   8304 Walnut Grove, Suite 200,   Cordova, TN 38018-6869
32652371       +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
32633992       +Santander,   P.O. Box 961245,   Fort Worth, TX 76161-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
32633981       +E-mail/Text: melonie@reducear.com Dec 01 2017 00:02:15     CB Services,   P.O. Box  4127,
                 Fort Walton Beach, FL 32549-4127
32633988       +E-mail/Text: bkr@cardworks.com Dec 01 2017 00:00:19     Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
32633991        E-mail/Text: bankruptcy@pro-credit.com Dec 01 2017 00:01:20
                 Professional Credit of Jonesboro,   500 Washington,   Jonesboro, AR 72401
32633993        Fax: 912-629-1539 Dec 01 2017 00:26:43     Title Max,   4671 Riverdale Rd.,   Memphis, TN 38141
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
32633987*       Memphis Light Gas & Water,    P.O. Box 430,   Memphis, TN 38101-0430
32633994*     ++TMX FINANCE LLC FORMERLY TITLEMAX,   15 BULL STREET,   SUITE 200,   SAVANNAH GA 31401-2686
                (address filed with court: Title Max,   4671 Riverdale Rd.,   Memphis, TN 38141)
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
```
              Edward L. Montedonico    elmlaw@bellsouth.net, emontedonico@ecf.epiqsystems.com
              Jimmy E. McElroy    on behalf of Debtor William Eugene Henry, Jr. jimmy_3780@hotmail.com
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                            TOTAL: 3
```