**Dated: December 28, 2017**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

U. S. BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  William Eugene Henry                                        Case No.:  17-28557

Debtor.                                                                          Chapter 7

CONSENT ORDER EXTENDING DISCHARGE OBJECTION DATE

This matter comes before the Court by consent of the parties, who assert the following:

That additional time is required to investigate the financial affairs of the Debtor and that to effectuate the proper administration of the case the bar date for any creditor, case trustee, or other interested party to file an objection to the Debtor's discharge under 11 U.S.C. § 727, shall be enlarged by Sixty (60) Days from December 21, 2017.

IT IS, THEREFORE, ORDERED, by consent, that the time to for any creditor, case trustee, or other interested party to object to the Debtor's discharge under 11 U.S.C. § 727 shall be extended Sixty (60) Days, to February 19, 2018.

SO ORDERED.

APPROVED:

/S/ Edward L. Montedonico
Edward L. Montedonico
Chapter 7 Case Trustee
200 Jefferson, Suite 201
Memphis TN 38103
901-521-9390 4781

**JIMMY E. MCELROY AND ASSOCIATES**

/s/ Joseph D. Fox
Attorney for Debtor
B.P.R.No. 15809
200 Jefferson, Suite 125
Memphis, TN 38103
(901) 527 - 4110

## CERTIFICATE OF SERVICE

The CLERK OF THE COURT shall serve a copy of the foregoing Order upon the Debtor, the Debtor's 'Attorney, the U. S. Trustee, and all Creditors and Interested Parties listed on the Court's Mailing List pursuant to deferment of payments request filed herein and local rule.

/s/ Edward L. Montedonico
Edward L. Montedonico