# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re                                    Case No.   17–28557   dsk
                                         Chapter   7

                                         Adversary No.

William Eugene Henry Jr.

Debtor(s).

**NOTICE OF HEARING COMBINED WITH RELATED INFORMATION
RE FORM, MANNER AND SERVING OF NOTICE
(APPLICABLE TO CHAPTER 7, 11, AND 12)**

*40* – Motion to Extend Time to Object to Discharge and to the Discharge of Certain Debts; Filed by R. Lee Webber on behalf of Genesis Capital Ventures, LLC (Webber, R.)

on February 15, 2018.

**NOTICE IS HEREBY GIVEN THAT:**

1. The Hearing to consider the above shall be held on **March 13, 2018 at 09:30 AM in the United States Bankruptcy Court, 200 Jefferson Ave, Room 945, Memphis, TN 38103 , BUT ONLY IF an objection to such relief requested is filed by March 6, 2018 and served as required pursuant to L.B.R. 9013–1.**

At the time of hearing, it may be continued or adjourned from time to time by oral announcement of the continued or adjourned date and time, without further written notice.

2. **A copy of this Notice of Hearing has been served by the Bankruptcy Noticing Center to the following entities:**
    **All Parties on Servicing List**

**Service upon any party other than those who received service by the Bankruptcy Noticing Center as noted above shall be the responsibility of the moving party within seven (7) days of receipt of this order pursuant to FED. R. BANKR. P. 2002, 9007, 9013, or 9014, and in the manner provided for service of a summons and complaint by FED. R. BANKR. P. 7004. The moving party herein (or attorney for moving party) within three (3) days after service shall file a certificate of service with the Bankruptcy Court Clerk, certifying notice of this order, motion, application, or Notice of Proposed Intent pursuant to FED. R. BANKR. P. 6004(a) and 6007(a).**

3. If no objection is filed by any creditor or interested party, including the debtor, by the date stated above in paragraph one, the movant shall promptly file a certificate in compliance with L.B.R. 9013–1 and the proposed order on such matter with the Bankruptcy Court for entry thereof, and there will not be a hearing conducted on the date stated in paragraph one above.

                                         Kathleen A Ford
                                         CLERK OF COURT

                                         BY:  Tonya Lepone
                                         _____
                                            Deputy Clerk
                                         DATE:  February 16, 2018
                                         [combrelcco30]Order/Notice combined Rel 11–03

United States Bankruptcy Court
Western District of Tennessee

In re:  
William Eugene Henry, Jr.  
      Debtor

Case No. 17-28557-dsk  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0651-2     User: tonya     Page 1 of 1     Date Rcvd: Feb 16, 2018  
                       Form ID: combrel     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.  
db        +William Eugene Henry, Jr.,    1990 Jane Drive,    Memphis, TN 38127-5634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:  
         Edward L. Montedonico     elmlaw@bellsouth.net,   emontedonico@ecf.epiqsystems.com  
         Jimmy E. McElroy     on behalf of Debtor William Eugene Henry, Jr. jimmy_3780@hotmail.com  
         R. Lee Webber     on behalf of Creditor    Genesis Capital Ventures, LLC lee@mortongermany.com  
         U.S. Trustee     ustpregion08.me.ecf@usdoj.gov  
                                                                               TOTAL: 4